| | **KELLER, O'REILLY & WATSON, P.C.** | |
|---|---|---|
| CLIFFORD B. KELLER | ATTORNEYS AT LAW | JESSICA L. DARROW |
| KEVIN W. O'REILLY | 242 CROSSWAYS PARK WEST | ANGELA A. CUTONE |
| SCOTT C. WATSON | WOODBURY, NEW YORK 11797 | STEVEN R. KARTZINEL |
| MATTHEW M. McDONOUGH | | PATRICK J. ENGLE |
| DANA K. PALMIERI | (516) 496 - 1919 | DENINE C. PAGANO |
| VINCENT J. PETROZZO | FAX: (516) 496 - 9791 | ERIN L. DEACY |
| NICHOLAS R. CAPECE, JR. | www.kowlaw.com | SCOTT R. SINGER |
| | | |
| LAURENCE G. McDONNELL | | OF COUNSEL |
| | | THOMAS J. FRATELLO |

November 30, 2010

**Via: Electronic Filing**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

RE:   Covert v. Gary D. Goldberg, M.D. and Urology Associates
      Civil Action No.: 10-5135
      Our File No.: 006-339

Dear Judge Lindsay:

As discussed with your Law Clerk, please allow this correspondence to act as a request for an extension until January 3, 2011 in which to answer on behalf of defendants, Gary D. Goldberg, M.D. and Urology Associates, P.C. in the above-referenced litigation. The undersigned has been engaged for the past several weeks in preparation for the trial of the matter of Toubail v. Insardi, in Supreme Court, County of Queens. The matter just settled and I would like the opportunity to discuss the instant case with Dr. Goldberg prior to submitting an answer.

The request for the extension in which to file the answer is by agreement of all parties, as I have received a verbal consent by counsel for plaintiff, Goldsmith Ctorides & Rodriguez, L.L.P. by Ms. Christina Ctorides via telephone today, November 30, 2010.

Thank you in advance for your assistance concerning this matter.

Very truly yours,

SCOTT C. WATSON

SCW/db