SCW/db
006-339

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Civil Action No.: 10-5135
LINDA COVERT and CHAD COVERT,

Plaintiffs,

-against-                                    **VERIFIED ANSWER**

GARY D. GOLDBERG, M.D., KAREN B. HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES, P.C.

Defendants.
-------------------------------------------------------------------X

Defendants, GARY D. GOLDBERG, M.D. and UROLOGY ASSOCIATES, P.C., by

their attorneys, KELLER, O'REILLY & WATSON, P.C., answering the complaint of the

plaintiff herein, state as follows:

FIRST:          Deny any knowledge or information thereof sufficient to form a belief as

to the allegations contained in paragraphs designated "5", "6", "9", "10" and "33".

SECOND:      Deny each and every allegation contained in paragraphs designated "1",

"2", "13", "15", "20", "21", "22", "23", "24, "26", "27", "28", "29", "30", "31", "34" and "35".

THIRD:         Deny each and every allegation contained in paragraphs designated "3",

"4", "11", "12", "16", "17, "18" and "19" in the form alleged and leaves all questions of law to

the court, and questions of fact to the trier of fact.

FOURTH:      Deny each and every allegation contained in paragraphs designated "7",

in the form alleged and leaves all questions of law to the court, and questions of fact to the trier

of fact, except admits that Dr. Goldberg was and is a physician licensed to practice medicine in

New York State.

FIFTH:        Deny each and every allegation contained in paragraphs designated "8",

in the form alleged and leaves all questions of law to the court, and questions of fact to the trier

of fact, except admits that Dr. Goldberg practices urology.

SIXTH:        Deny each and every allegation contained in paragraphs designated "14 ",

in the form alleged and leaves all questions of law to the court, and questions of fact to the trier

of fact, except admit that in May of 2008, defendant Hiller was an employee of Urology

Associates, P.C. and that defendant Hiller was last employed by Urology Associates, P.C. in

approximately September of 2009.

SEVENTH:    With respect to the paragraphs of the Complaint designated as "25" and

"32" defendants repeat and reiterate above denials for paragraphs designated "1" through "31".

**AS AND FOR A FIRST, SEPARATE AND COMPLETE**
**AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION**
**IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE,**
**UPON INFORMATION AND BELIEF:**

EIGHTH:        The alleged cause of action sounding in medical malpractice is barred by

the Statute of Limitations in that the plaintiff failed to bring this action within two and one-half

(2 1/2) years as set forth in §214 of the CPLR.

**AS AND FOR A SECOND, SEPARATE AND COMPLETE**
**AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION**
**IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE,**
**UPON INFORMATION AND BELIEF:**

NINTH:        Upon information and belief, the injury sustained by the plaintiff(s) were

not as the result of any culpable conduct of the defendant(s) herein, or in the alternative, the

amount of damages otherwise recoverable shall be diminished in the percentage proportion of the

culpable conduct of the plaintiff(s) which contributed to the culpable conduct that caused the injury.

## AS AND FOR A THIRD, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE, UPON INFORMATION AND BELIEF:

TENTH:      Upon information and belief, any damages sustained by the plaintiff(s) were caused in whole or in part by the culpable conduct of the plaintiffs and/or damages were aggravated by the culpable conduct of the plaintiff(s).

## AS AND FOR A FOURTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE, UPON INFORMATION AND BELIEF:

ELEVENTH: In the event plaintiff recovers a verdict or judgment against the answering defendants, then said verdict or judgment must be reduced pursuant to CPLR 4545(a) by those amounts which have been or will, with reasonable certainty, be paid on behalf of or will indemnify plaintiffs in whole or in part, for any past or future claimed economic loss, from any and all collateral source including but not limited to no-fault, insurance, social security, workers' compensation or employee benefit programs.

## AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE, UPON INFORMATION AND BELIEF:

TWELFTH:    In the event plaintiff recovers a verdict or judgment against the answering third-party defendant, then said verdict or judgment must be reduced pursuant to CPLR §4545(c) by those amounts which have been or will, with reasonable certainty, be paid on behalf of or will indemnify plaintiff in whole or in part for any past or future claimed economic loss from any and

all collateral source, including, but not limited to, no-fault insurance, Social Security, Workers'

Compensation or employee benefit programs.

### AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE TO THE CAUSES OF ACTION IN THE COMPLAINT, ANSWERING DEFENDANTS ALLEGE, <u>UPON INFORMATION AND BELIEF:</u>

THIRTEENTH:     These defendants will rely upon the provisions of Article 16 of the

CPLR with regard to the limitation of joint and several liability.

WHEREFORE, defendants, GARY D. GOLDBERG, M.D. and UROLOGY

ASSOCIATES, P.C., demand judgment dismissing the Complaint herein together with interest,

costs, disbursements or judgment over, as may be required by law.

Dated: Woodbury, New York
      January 10, 2011

Yours etc.

_____
SCOTT C. WATSON (SW7452)
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D., and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park West
Woodbury, New York 11797
(516) 496-1919

TO:

GOLDSMITH, CTORIDES & RODRIQUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 838-3333

## VERIFICATION

SCOTT C. WATSON, an attorney admitted to practice in the courts of the State of New York, hereby affirms as true under all penalties of perjury that I am an attorney of record for defendants GARY D. GOLDBERG, M.D. and UROLOGY ASSOCIATES in the within action; that I have read the foregoing **VERIFIED ANSWER**, and know the contents thereof; the same is true to my knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:  by a file maintained in my office.

Dated: Woodbury, New York
       January 10, 2011

_____
SCOTT C. WATSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Civil Action No.: 10-5135
LINDA COVERT and CHAD COVERT,

Plaintiffs,

-against-                                                                           JURY DEMAND


GARY D. GOLDBERG, M.D., KAREN HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES, P.C.

Defendants.
------------------------------------------------------------------------X

SIRS:

     PLEASE TAKE NOTICE, that the undersigned demands a trial by jury composed of six

(6) persons in the above-entitled action.

Dated: Woodbury, New York
        January 10, 2011

                              Yours etc.

                              SCOTT C. WATSON (SW7452)
                              KELLER, O'REILLY & WATSON, P.C.
                              Attorneys for Defendants
                              GARY D. GOLDBERG, M.D., and
                              UROLOGY ASSOCIATES, P.C.
                              242 Crossways Park West
                              Woodbury, New York 11797
                              (516) 496-1919

TO:

GOLDSMITH, CTORIDES & RODRIQUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 838-3333

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X     Civil Action No.: 10-5135
LINDA COVERT and CHAD COVERT,

                                           Plaintiffs,

        -against-                                                          **RULE 50.1 c**
                                                                           **DISCLOSURE**
                                                                           **RESPONSE**


GARY D. GOLDBERG, M.D., KAREN HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES, P.C.

                                           Defendants.
---------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that Defendants, GARY D. GOLDBERG, M.D. and

UROLOGY ASSOCIATES, by their attorneys, Keller, O'Reilly & Watson, P.C., hereby

responds to the Eastern District Local Federal Rules of Civil Procedure 50.1 ( c ) disclosure,

Disclosure of Interested Parties, as follows:

        To enable judges and magistrates to evaluate possible disqualification or recusal, counsel

for a private (non-governmental) party shall submit at the time of initial pleading a certificate

identifying any corporate parent, subsidies, or affiliates of that party.

        Answer: None known at this time.

        Responding defendants reserves the right to amend and/or supplement the above

discovery responses up until the time of the trial.

Dated: Woodbury, New York
       January 10, 2011

                                                   Yours etc
                                                   _____
                                                   SCOTT C. WATSON (SW7452)
                                                   KELLER, O'REILLY & WATSON, P.C.
                                                   Attorneys for Defendants

GARY D. GOLDBERG, M.D., and
UROLOGY ASSOCIATES
242 Crossways Park West
Woodbury, New York 11797
(516) 496-1919

To:

GOLDSMITH, CTORIDES & RODRIQUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 838-3333

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X     Civil Action No.: 10-5135
LINDA COVERT and CHAD COVERT,

                                                    Plaintiffs,
                                                                        **NOTICE PURSUANT TO CPLR**
        -against-                                                       **2103 (5) (SERVICE VIA FAX)**

GARY D. GOLDBERG, M.D., KAREN B. HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES, P.C.

                                                    Defendants.
-------------------------------------------------------------------------X

S I R S :

        PLEASE BE ADVISED that the defendant(s) herein objects to service of papers via

electronic means.

Dated:  Woodbury, New York
        January 10, 2011

                                                    Yours etc.

                                                    _____
                                                    SCOTT C. WATSON (SW7452)
                                                    KELLER, O'REILLY & WATSON, P.C.
                                                    Attorneys for Defendants
                                                    GARY D. GOLDBERG, M.D., and
                                                    UROLOGY ASSOCIATES, P.C.
                                                    242 Crossways Park West
                                                    Woodbury, New York 11797
                                                    (516) 496-1919

TO:
GOLDSMITH, CTORIDES & RODRIQUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017
(212) 838-3333

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                )ss:

COUNTY OF NASSAU      )

      I, Diane Buondelmonte, being duly sworn, says:  I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

      On January  *11*, 2011, I served the within **Verified Answer, Jury Demand, Rule 50.1 c Disclosure Response and Notice Pursuant to CPLR 2103(5) (Service via Fax)** upon the following:

GOLDSMITH, CTORIDES & RODRIQUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above-named persons at the last known address set forth after each name.

                                                *Diane Buondelmonte*
                                                Diane Buondelmonte

Sworn to before me this
*11* day of January, 2011.

*Jeannine M DePierro*
Notary Public

JEANNINE M. DePIERRO
Notary Public, State of New York
No. 30-4858862
Qualified in Nassau County
Commission Expires May 19, 20 *14*

Index No.:   10-5135
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LINDA COVERT and CHAD COVERT,

Plaintiffs,

-against-

GARY D. GOLDBERG, M.D., KAREN B. HILLER, R.N.,
M.S.N., A.N.P. and UROLOGY ASSOCIATES, P.C.

Defendants.

---

**Verified Answer, Jury Demand, Rule 50.1 c Disclosure Response and
Notice Pursuant to CPLR 2103(5) (Service via Fax)**

---

**KELLER, O'REILLY & WATSON, P.C.**
*Attorneys for Defendant*
JOHN LEPPARD, M.D.
242 Crossways Park West
Woodbury, New York  11797
(516) 496-1919

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contents contained in the annexed document are not frivolous.

Dated: March 28, 2000                          Signature: _____

                                               Print Signer's Name: SCOTT C. WATSON, ESQ

---

Service of a copy of the within                is hereby admitted.
Dated:

......................................
Attorney(s) for

---

*PLEASE TAKE NOTICE*

☐              that the within is a (certified) true copy of a

NOTICE OF       entered in the office of the clerk of the within named Court on              19
ENTRY

☐              that an Order of which the within is a true copy will be presented for settlement to the Hon.

NOTICE OF                      one of the judges of the within named Court,
SETTLEMENT      at
                on              19    , at        M.

Dated:

                                               **KELLER O'REILLY & WATSON, P.C.**
                                                    *Attorneys for*

To:

*Attorney(s) for*