UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LINDA COVERT and CHAD COVERT,

                            Plaintiffs,

    -against-

GARY D. GOLDBERG, M.D., KAREN HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES,

                            Defendants.
----------------------------------------------------------------X

Civil Action No.:
10-cv-5135-JS-ARL

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE, that Dana K. Palmieri (DP5286), a member of the firm of Keller, O'Reilly & Watson, P.C., hereby appears for the defendant(s), GARY D. GOLDBERG, M.D. and UROLOGY ASSOCIATES, P.C., in the above-entitled matter.

Dated: Woodbury, New York
       March 15, 2011

                            Yours etc.

                            KELLER, O'REILLY & WATSON, P.C.

                            _/s/ Dana K. Palmieri_
                            DANA K. PALMIERI (DP5286)
                            KELLER, O'REILLY & WATSON, P.C.
                            Attorneys for Defendants
                            GARY D. GOLDBERG, M.D., and
                            UROLOGY ASSOCIATES, P.C.
                            242 Crossways Park West
                            Woodbury, New York 11797
                            (516) 496-1919

TO:

GOLDSMITH, CTORIDES & RODRIGUEZ, L.L.P.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 838-3333

CATALANO GALLARDO & PETROPOULOS, LLP
Attn: Michele R. Levin, Esq.
Attorneys for Defendant
KAREN B. HILLER, R.N., M.S.N., A.N.P.
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753
(516) 931-1800

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NASSAU     )

I, Patricia Manez, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On March 16, 2011, I served the within **NOTICE OF APPEARANCE** upon the following:

GOLDSMITH, CTORIDES & RODRIGUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

CATALANO GALLARDO & PETROPOULOS, LLP
Attn: Michele R. Levin, Esq.
Attorneys for Defendant
KAREN B. HILLER, R.N., M.S.N., A.N.P.
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above-named persons at the last known address set forth after each name.

PATRICIA MANEZ

Sworn to before me this
16th day of March, 2011.

Notary Public

DIANE BUONDELMONTE
Notary Public, State of New York
No. 01BU4712263
Qualified in Nassau County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LINDA COVERT and CHAD COVERT,

                         Plaintiffs,

   -against-

GARY D. GOLDBERG, M.D., KAREN HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES,

                         Defendants.
------------------------------------------------------------------X

Civil Action No.:
10-cv-5135-JS-ARL

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that Patrick J. Engle (PE4257), an associate at Keller, O'Reilly & Watson, P.C., hereby appears for the defendant(s), GARY D. GOLDBERG, M.D. and UROLOGY ASSOCIATES, P.C., in the above-entitled matter.

Dated: Woodbury, New York
        March 15, 2011

                                      Yours etc.

                                      KELLER, O'REILLY & WATSON, P.C.

                                      _____
                                      PATRICK J. ENGLE (PE4257)
                                      KELLER, O'REILLY & WATSON, P.C.
                                      Attorneys for Defendants
                                      GARY D. GOLDBERG, M.D., and
                                      UROLOGY ASSOCIATES, P.C.
                                      242 Crossways Park West
                                      Woodbury, New York 11797
                                      (516) 496-1919

TO:

GOLDSMITH, CTORIDES & RODRIGUEZ, L.L.P.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 838-3333

CATALANO GALLARDO & PETROPOULOS, LLP
Attn: Michele R. Levin, Esq.
Attorneys for Defendant
KAREN B. HILLER, R.N., M.S.N., A.N.P.
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753
(516) 931-1800

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss:
COUNTY OF NASSAU    )

I, Patricia Manez, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On March 16, 2011, I served the within **NOTICE OF APPEARANCE** upon the following:

GOLDSMITH, CTORIDES & RODRIGUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

CATALANO GALLARDO & PETROPOULOS, LLP
Attn: Michele R. Levin, Esq.
Attorneys for Defendant
KAREN B. HILLER, R.N., M.S.N., A.N.P.
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above-named persons at the last known address set forth after each name.

_____
PATRICIA MANEZ

Sworn to before me this
16th day of March, 2011.

_____
Notary Public

DIANE BUONDELMONTE
Notary Public, State of New York
No. 01BU4712263
Qualified in Nassau County
Commission Expires March 30, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA COVERT and CHAD COVERT,

                Plaintiffs,

-against-

GARY D. GOLDBERG, M.D., KAREN HILLER,
R.N., M.S.N, A.N.P. and UROLOGY ASSOCIATES,

                Defendants.
-----------------------------------------------------------------X

Civil Action No.:
10-cv-5135-JS-ARL

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Denine C. Pagano (DP6167), an associate at Keller, O'Reilly & Watson, P.C., hereby appears for the defendant(s), GARY D. GOLDBERG, M.D. and UROLOGY ASSOCIATES, P.C., in the above-entitled matter.

Dated: Woodbury, New York
       March 15, 2011

Yours etc.

KELLER, O'REILLY & WATSON, P.C.

_____
DENINE C. PAGANO (DP6167)
KELLER, O'REILLY & WATSON, P.C.
Attorneys for Defendants
GARY D. GOLDBERG, M.D., and
UROLOGY ASSOCIATES, P.C.
242 Crossways Park West
Woodbury, New York 11797
(516) 496-1919

TO:

GOLDSMITH, CTORIDES & RODRIGUEZ, L.L.P.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 421-5500

LOCKS LAW FIRM, PLLC  
Co-Counsel for Plaintiffs  
747 Third Avenue, 37th Floor  
New York, New York  10017  
(212) 838-3333  

CATALANO GALLARDO & PETROPOULOS, LLP  
Attn: Michele R. Levin, Esq.  
Attorneys for Defendant  
KAREN B. HILLER, R.N., M.S.N., A.N.P.  
100 Jericho Quadrangle, Suite 214  
Jericho, NY 11753  
(516) 931-1800

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NASSAU     )

I, Patricia Manez, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

On March 16, 2011, I served the within **NOTICE OF APPEARANCE** upon the following:

GOLDSMITH, CTORIDES & RODRIGUEZ, LLP.
Attorneys for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

LOCKS LAW FIRM, PLLC
Co-Counsel for Plaintiffs
747 Third Avenue, 37th Floor
New York, New York  10017

CATALANO GALLARDO & PETROPOULOS, LLP
Attn: Michele R. Levin, Esq.
Attorneys for Defendant
KAREN B. HILLER, R.N., M.S.N., A.N.P.
100 Jericho Quadrangle, Suite 214
Jericho, NY 11753

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the above-named persons at the last known address set forth after each name.

_____
PATRICIA MANEZ

Sworn to before me this
16th day of March, 2011.

_____
Notary Public

DIANE BUONDELMONTE
Notary Public, State of New York
No. 01BU4712263
Qualified in Nassau County
Commission Expires March 30, 2014