# MEMO

**To:** Carol Bagley Amon, Chief, United States District Judge
**From:** Joanna Seybert           , ✔ USDJ ☐ USMJ
**Subject:** Reassignment of case _____
**Date:** 04/27/2011

Regarding the reassignment of:

**CASE NUMBER:** CV 10-5135

**CASE TITLE:** Covert -v- Goldberg

☐ Reassign by random selection.

✔ Reassign as related to case number CV 10-1769

  ✔ to District Judge Bianco

  ✔ to Magistrate Judge Tomlinson

  ✔ All affected Judges agree to the reassignment.   **SEND TO CHIEF JUDGE**

-----------------------------------------------------------------------------------------------------------------

**Date:** 04/28/2011

**To:** Robert C. Heinemann, Clerk of Court

**From:** Carol Bagley Amon, Chief, United States District Judge

Please reassign the above-captioned case as directed.

S/ Carol Bagley Amon
Chief Judge                                                **SEND TO CLERK OF COURT**

Revised 4/11/2011